UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) |
| **ALDRIDGE, SHELBY C.** | ) Bankruptcy Case No. 15-80710 LMT |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

ALDRIDGE, SHELBY C.
12483 BELLINGHAM RD
CALEDONIA, IL 61011


1	Sprint Corp. Attn: Bankruptcy Dept.
	POB 7949
	Overland Park, KS 66207-0949

2	Commonwealth Edison Company
	3 Lincoln Center
	Attn: Bankruptcy Department
	Oakbrook Terrace, IL 60181

3P	Illinois Department of Employment Security
	33 S State St. 10th Flr CEU Bkry
	Chicago, Illinois 60603

3S	Illinois Department of Employment Security
	33 S State St. 10th Flr CEU Bkry
	Chicago, Illinois 60603

3U	Illinois Department of Employment Security
	33 S State St. 10th Flr CEU Bkry
	Chicago, Illinois 60603

4       nicor gas
        po box 549
        aurora, IL 60507

5 -2    Alliance Laundry Systems LLC
        c/o Kohner, Mann & Kailas, S.C.
        4650 North Port Washington Road
        Milwaukee, WI

/s/ JOSEPH D. OLSEN
Chapter 7 Trustee
JOSEPH D. OLSEN, Trustee
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
Phone: (815) 965-8635
Fax: