# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ALDRIDGE, SHELBY C.    § Case No. 15-80710
                              §
                              §
Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $71,570.00                      Assets Exempt: $89,450.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,174.58        Claims Discharged
                                                  Without Payment: $65,670.99

Total Expenses of Administration: $10,829.88

---

3) Total gross receipts of $ 22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,995.54 (see **Exhibit 2**), yielded net receipts of $16,004.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $969.03 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,829.88 | 10,829.88 | 10,829.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 475.59 | 475.59 | 475.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 70,369.98 | 70,369.98 | 4,698.99 |
| **TOTAL DISBURSEMENTS** | $0.00 | $82,644.48 | $81,675.45 | $16,004.46 |

4) This case was originally filed under Chapter 7 on March 17, 2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2016      By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 923 Stonegate Drive, Caledonia, IL 61008, The de | 1110-000 | 22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Matrice D. Williams | Per Court Order of 7/11 (based on order of 3/30/16) | 8500-002 | 1,713.01 |
| Shelby Aldridge | Per original court order of 3/30/16 | 8100-002 | 4,282.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,995.54** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Illinois Department of Employment Security | 4110-000 | N/A | 969.03 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$969.03** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,350.45 | 2,350.45 | 2,350.45 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 243.21 | 243.21 | 243.21 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,333.50 | 3,333.50 | 3,333.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Title Underwriters Agency | 2820-000 | N/A | 1,304.03 | 1,304.03 | 1,304.03 |
| Title Underwriters Agency | 2420-000 | N/A | 187.33 | 187.33 | 187.33 |
| Title Underwriters Agency | 2500-000 | N/A | 33.00 | 33.00 | 33.00 |
| Title Underwriters Agency | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Title Underwriters Agency | 2500-000 | N/A | 383.00 | 383.00 | 383.00 |
| Title Underwriters Agency | 2500-000 | N/A | 309.00 | 309.00 | 309.00 |
| Title Underwriters Agency | 2820-000 | N/A | 653.53 | 653.53 | 653.53 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.83 | 22.83 | 22.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,829.88 | $10,829.88 | $10,829.88 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Employment Security | 5800-000 | N/A | 475.59 | 475.59 | 475.59 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $475.59 | $475.59 | $475.59 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint Corp. Attn: Bankruptcy Dept. | 7100-000 | N/A | 134.52 | 134.52 | 134.52 |
| 2 | Commonwealth Edison Company | 7100-000 | N/A | 36.14 | 36.14 | 36.14 |
| 3U | Illinois Department of Employment Security | 7100-000 | N/A | 1,412.24 | 1,412.24 | 1,412.24 |
| 4 | Nicor Gas | 7100-000 | N/A | 375.80 | 375.80 | 375.80 |
| 5 -2 | Alliance Laundry Systems LLC | 7200-000 | N/A | 68,411.28 | 68,411.28 | 2,740.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $70,369.98 | $70,369.98 | $4,698.99 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80710  
**Case Name:** ALDRIDGE, SHELBY C.

**Period Ending:** 12/12/16

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/17/15 (f)  
**§341(a) Meeting Date:** 04/23/15  
**Claims Bar Date:** 07/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 923 Stonegate Drive, Caledonia, IL 61008, The de | 19,000.00 | 19,000.00 | | 22,000.00 | FA |
| 2 | Real property located in New Mexico., ex-wife re | Unknown | Unknown | | 0.00 | FA |
| 3 | Checking Account: | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account: Business Account | 597.00 | 0.00 | | 0.00 | FA |
| 5 | misc used furniture and electronics | 150.00 | 0.00 | | 0.00 | FA |
| 6 | misc personal clothing | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Retirement: | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Ameriprise Financial IRA account | 68,000.00 | 0.00 | | 0.00 | FA |
| 9 | principal and owner of laundromat located at 425 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Tax Refund Est: | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Auto: 2001 Ford Ranger pick up 215,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 12 | Auto: 1999 Cadillac sts 185,000 miles | 773.00 | 0.00 | | 0.00 | FA |
| 13 | Coin operated laundry equipment located at 4258 | Unknown | 0.00 | | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$90,570.00** | **$19,000.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016    **Current Projected Date Of Final Report (TFR):**    August 18, 2016  (Actual)

Printed: 12/12/2016 01:06 PM    V.13.28

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-80710  
**Case Name:** ALDRIDGE, SHELBY C.  

**Taxpayer ID #:** **-***3709  
**Period Ending:** 12/12/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/27/16 | | Title Underwriters Agency | Sale proceeds to vacant lot in Boone County, IL | | | 17,130.11 | | 17,130.11 |
| | {1} | | | 22,000.00 | 1110-000 | | | 17,130.11 |
| | | | Property taxes | -1,304.03 | 2820-000 | | | 17,130.11 |
| | | | Association Dues & mowing fees | -187.33 | 2420-000 | | | 17,130.11 |
| | | | State & County revenue stamps | -33.00 | 2500-000 | | | 17,130.11 |
| | | | Commission | -2,000.00 | 3510-000 | | | 17,130.11 |
| | | | Title Company fees/search | -383.00 | 2500-000 | | | 17,130.11 |
| | | | Title Insurance | -309.00 | 2500-000 | | | 17,130.11 |
| | | | County taxes | -653.53 | 2820-000 | | | 17,130.11 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 17,120.11 |
| 07/12/16 | 101 | Matrice D. Williams | Per Court Order of 7/11 (based on order of 3/30/16) | | 8500-002 | | 1,713.01 | 15,407.10 |
| 07/12/16 | 102 | Shelby Aldridge | Per original court order of 3/30/16 | | 8100-002 | | 4,282.53 | 11,124.57 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.83 | 11,101.74 |
| 10/17/16 | 103 | JOSEPH D. OLSEN | | | 2100-000 | | 2,350.45 | 8,751.29 |
| 10/17/16 | 104 | JOSEPH D. OLSEN | | | 2200-000 | | 243.21 | 8,508.08 |
| 10/17/16 | 105 | Yalden, Olsen & Willette | | | 3110-000 | | 3,333.50 | 5,174.58 |
| 10/17/16 | 106 | Illinois Department of Employment Security | | | 5800-000 | | 475.59 | 4,698.99 |
| 10/17/16 | 107 | Sprint Corp. Attn: Bankruptcy Dept. | | | 7100-000 | | 134.52 | 4,564.47 |
| 10/17/16 | 108 | Commonwealth Edison Company | | | 7100-000 | | 36.14 | 4,528.33 |
| 10/17/16 | 109 | Illinois Department of Employment Security | | | 7100-000 | | 1,412.24 | 3,116.09 |
| 10/17/16 | 110 | nicor gas | | | 7100-000 | | 375.80 | 2,740.29 |
| 10/17/16 | 111 | Alliance Laundry Systems LLC | | | 7200-000 | | 2,740.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 17,130.11 | 17,130.11 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 17,130.11 | 17,130.11 | |
| | | | Less: Payments to Debtors | | | | 4,282.53 | |
| | | | **NET Receipts / Disbursements** | | | **$17,130.11** | **$12,847.58** | |

{} Asset reference(s)

Printed: 12/12/2016 01:06 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-80710  
**Case Name:** ALDRIDGE, SHELBY C.  

**Taxpayer ID #:** **-***3709  
**Period Ending:** 12/12/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 17,130.11 |
| Plus Gross Adjustments : | 4,869.89 |
| Less Payments to Debtor : | 4,282.53 |
| Less Other Noncompensable Items : | 1,713.01 |
| Net Estate : | $16,004.46 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1066 | 17,130.11 | 12,847.58 | 0.00 |
| | $17,130.11 | $12,847.58 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2016 01:06 PM    V.13.28